No. 977. ERICKSEN *v.* JOHN MORRELL & Co. 

 May 29, 1944. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a prop-

erly presented federal question. *Mr. George J. Danforth* for appellant. *Messrs. Paul M. Godehn* and *Leo F. Tierney* for appellee.